

# Fourth Court of Appeals
## San Antonio, Texas

May 28, 2014

No. 04-14-00240-CV

**HECKMANN WATER RESOURCES (CVR), INC. ("HECKMANN"),**
Appellant

v.

Jose Luis **AGUILAR**, Individually, Eudelia Aguilar, Individually, Vanessa Arce, Individually,
Eudelia Aguilar and Vanessa Arce as Personal Representatives of the Estate of Carlos Aguilar,
Deceased, Et al.,
Appellees

From the 293rd Judicial District Court, Dimmit County, Texas
Trial Court No. 12-06-11697-DCVCLM
Honorable Cynthia L. Muniz, Judge Presiding

# O R D E R

The District Clerk's Notification of Late Record is hereby GRANTED. Because an amended judgment was signed on April 1, 2014, and a motion for new trial was filed on May 1, 2014, the clerk's record is now due August 1, 2014.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of May, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court